# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHENNACO HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. _____ |
| | § | |
| MITCHELL CHAD BARRETT | § | |
| | § | |
| | § | |
| Defendant. | | |

**Exhibit A**
**Index to Case 141-292174-17**

Below is a list of the documents filed in the State Court Case, which are attached as and included in Exhibit C:

| Exhibit | Docketed | Description |
|---------|----------|-------------|
| C-1 | 5/1/17 | ShennaCo Original Petition – SEALED[1] |
| C-2 | 8/1/17 | ShennaCo's Verified Mtn. for Temporary Sealing Order and Motion to Permanently Seal Court Records |
| C-3 | 5/18/17 | Proposed Order re ShennaCo's Motion to Permanently Seal Court Records |
| C-4 | 5/19/17 | Letter from Attorney Rodriguez Requesting Citations |
| C-5 | 5/19/17 | Citation through Sec. of State issued for Barrett |
| C-6 | 5/24/17 | Temporary Sealing Order - hearing 7-14-17 |
| C-7 | 5/31/17 | Return of Service re Barrett |
| C-8 | 5/31/17 | Return of Service through Secretary of State re Barrett |
| C-9 | 6/1/17 | Citation Returned Executed |
| C-10 | 6/6/17 | ShennaCo's Amended Petition – SEALED[2] |

[1] Exhibit C-1, as attached, has been redacted pursuant to the Permanent Sealing Order executed in the State Court Action on July 18, 2017.

[2] Exhibit C-10 is ShennaCo's First Amended Petition, filed June 6, 2017.  This pleading is subject to the Permanent Sealing Order.  As this was filed before Defendant appeared, Defendant does not have a copy of this pleading.

| Exhibit | Docketed | Description |
|---------|----------|-------------|
| C-11 | 6/6/17 | Letter from Attorney Rodriguez Requesting Citation |
| C-12 | 6/6/17 | Citation through Secretary of State |
| C-13 | 6/6/17 | ShennaCo's 2nd Verified Mtn. for Temporary Sealing Order and Motion to Permanently Seal Court Records |
| C-14 | 6/6/17 | Proposed Order Temporary Sealing Case |
| C-15 | 6/8/17 | Temporary Sealing Order - hearing 6-22-17 |
| C-16 | 6/13/17 | Citation Returned |
| C-17 | 6/13/17 | Citation Secretary of State Returned Executed on 6-8-17 |
| C-18 | 6/19/17 | Letter enclosing Public Notice of Hearing on Motions to Permanently Seal Court Records |
| C-19 | 6/19/17 | Public Notice of Hearing on Motions to Permanently Seal Court Records |
| C-20 | 6/20/17 | Verified Public Notice of Hearing on Motions to Permanently Seal Court Records |
| C-21 | 7/3/17 | Barrett Original Answer |
| C-22 | 7/18/17 | Permanent Sealing Order |
| C-23 | 7/27/17 | Letter from the Court re Pre-trial Hearing [Sept. 8 2017] |
| C-24 | 9/7/17 | Email from Ct. Coordinator re Status Conference |
| C-25 | 9/7/17 | (Proposed) Agreed Uniform Scheduling Order (Level 3) |
| C-26 | 9/17/17 | Proposed Agreed Scheduling Order |
| C-27 | 1/11/18 | ShennaCo Traditional and No-Evidence Partial Motion for Summary Judgment[3] |
| C-28 | 1/11/18 | ShennaCo's 3rd Verified Mtn. for Temporary Sealing Order and Motion to Permanently Seal Court Records |
| C-29 | 1/11/18 | Proposed Order re 3rd Verified Mtn. for Temporary Sealing Order |
| C-30 | 1/11/18 | Notice of Hearing on Partial MSJ |
| C-31 | 1/11/18 | Letter from S. Smith encl. Public Notice of Hearing on Motions to Permanently Seal Court Record |

---

[3] ShennaCo has sought to seal its filing of its Traditional and No-Evidence Partial Motion for Summary Judgment. Although ShennaCo filed the summary judgment motion and evidence, including a full unredacted copy of the confidential agreement at issue, Barrett requests to file it under seal in light of the relief ShennaCo requested in the State Court Action (the permanent sealing of its motion and evidence) and to avoid any argument a position that Defendant waived compliance with or acted inconsistently with the strict confidentiality requirements at issue. Barrett reserves all rights related to or arising from ShennaCo's decision to seek to seal its summary judgment motion and evidence after filing in the public domain.

| Exhibit | Docketed | Description |
|---------|----------|-------------|
| C-32 | 1/11/18 | Public Notice of Hearing on Motions to Permanently Seal Court Records |
| C-33 | 1/12/18 | Verified Public Notice to Permanently Seal Court Records |
| C-34 | 1/16/18 | Letter removing R. Rodriguez from case |