# EXHIBIT B



# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil - Case and Transaction Information                                                         1/31/18 9:42 AM

Cause Number:        141-292174-17                                                    Date Filed: 05-18-2017
    SHENNACO HOLDINGS, LLC           | VS |        MITCHELL CHAD BARRETT
Cause of Action:     CONTRACT, DEBT/CONTRACT
Case Status:         PENDING
Special Case:        Partially Sealed Case

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 05-18-2017 | Sealed Transaction | | | | |
| 05-18-2017 | COURT COST (PAID) trans #1 | Y | | | 284.00 |
| 05-18-2017 | PLTF'S VERIFIED MTN FOR TEMP SEAL ORD & MTN TO PERMANENTLY SEAL CT RECS | I | | | 0.00 |
| 05-18-2017 | (PROPOSED) TEMP SEALING ORD | I | | | 0.00 |
| 05-19-2017 | LTR FROM ATTY RODRIGUEZ REQ CITS | I | | | 0.00 |
| 05-19-2017 | CIT Sec of St-ISSUED ON MITCHELL CHAD BARRETT-On 05/22/2017 | N I | Svc | 8.00 | |
| 05-19-2017 | COURT COST (PAID) trans #6 | Y | | | 8.00 |
| 05-24-2017 | *TEMP SEALING ORD*  HRG 7/14/17 10:30 AM MTN TO PERM SEAL | I M | | | 0.00 |
| 05-31-2017 | RET OF SERVICE MITCHELL CHAD BARRETT | I | | | 0.00 |
| 05-31-2017 | CIT Sec of St Tr# 6 RET EXEC(MITCHELL CHAD BARRETT ) On 05/23/2017 | I | | | 0.00 |
| 06-01-2017 | CIT RET MITCHELL CHAD BARRETT | I | | | 0.00 |
| 06-06-2017 | Sealed Transaction | | | | |
| 06-06-2017 | LTR REQ ISSUANCE OF CIT | I | | | 0.00 |
| 06-06-2017 | CIT Sec of St-ISSUED ON MITCHELL CHAD BARRETT-On 06/06/2017 | N I | Svc | 8.00 | |
| 06-06-2017 | COURT COST (PAID) trans #14 | Y | | | 8.00 |
| 06-06-2017 | PLTF'S 2ND VERIFIED MTN FOR TRO & MTN TO PERMANENTLY SEAL COURT RECORDS | I | | | 0.00 |
| | (PROPOSED) TEMP SEALING ORD | I | | | 0.00 |

EXHIBIT

B

| Date | Description | | Amount |
|---|---|---|---|
| 06-06-2017 | | | |
| 06-08-2017 | ***TEMP SEAL ORD  HRG 6/22/17 10AM* | I  M | 0.00 |
| 06-13-2017 | CIT RET MITCHELL CHAD BARRETT | I | 0.00 |
| 06-13-2017 | CIT Sec of St Tr# 14 RET EXEC(MITCHELL CHAD BARRET T) On 06/08/2017 | I | 0.00 |
| 06-19-2017 | LTR FROM ATTY RE: POSTING PUBLIC NOT | I | 0.00 |
| 06-19-2017 | PUBLIC NOT OF HRG ON MTNS TO PERMANENTLY SEAL COURT RECORDS | I | 0.00 |
| 06-20-2017 | VERIFIED PUBLIC NOT OF HRG ON MTNS TO PERMANENTLY SEAL COURT RECORDS | I | 0.00 |
| 07-03-2017 | MITCHELL B BARRETT'S ANS TO PLTF'S ORIG PET | I | 0.00 |
| 07-18-2017 | *PERMANENT SEALING ORD* (PLTF'S ORIG PET & PLTF'S 1ST AMD PET) | I  M | 0.00 |
| 07-27-2017 | LTR FROM THE CT RE: PRE-TRL HRG 9/8/17 @ 9:30AM | I | 0.00 |
| 09-07-2017 | E-MAIL FROM COORDINATOR TO COUNSEL RE: STATUS CONF 9/8/17 @ 9:30AM | I | 0.00 |
| 09-07-2017 | (PROPOSED) AGREED UNIFORM SCHED ORD (LVL 3) | I | 0.00 |
| 09-08-2017 | *AGRD LVL 3 SCHED ORD  TRL WK OF 7/16/18* TRL 7/16/18 | I  M | 0.00 |
| 01-11-2018 | PLTF'S TRAD & NO EVID MTN FOR PARTIAL SUM/JDG | I | 0.00 |
| 01-11-2018 | PLTF'S 3RD MTN FOR TEMP SEALLING ORD & MTN TO PERMANENTLY SEAL COURT RECORDS | I | 0.00 |
| 01-11-2018 | (PROPOSED) TEMP SEALING ORD | I | 0.00 |
| 01-11-2018 | NOT OF HRG  2/8/18 11:30AM-PARTIAL SUM/JDG | I | 0.00 |
| 01-11-2018 | COVER LTR RE: PUBLIC NOT | I | 0.00 |
| 01-11-2018 | PUB NOT OF HRG 2/8/18 11:30AM-PERMANANENTLY SEAL CRT RECORDS | I | 0.00 |
| 01-12-2018 | VERIFIED PUBLIC NOT OF HRG ON MTN TO PERMANENTLY SEAL COURT RECORDS | I | 0.00 |
| 01-16-2018 | LTR RE: ATTY RODRIGUEZ AT ANOTHER FIRM | I | 0.00 |

**District Clerk's Office**
Tom Vandergriff Civil Courts Building

100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster