FILED
TARRANT COUNTY
5/18/2017 11:10:34 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 141-292174-17

| SHENNACO HOLDINGS, LLC, | § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiff, | § | |
| v. | § | TARRANT COUNTY, TEXAS |
| MITCHELL CHAD BARRETT | § | |
| Defendant. | § | _____ JUDICIAL DISTRICT |

**PLAINTIFF SHENNACO HOLDINGS, LLC'S ORIGINAL PETITION**

# SLIP SHEET FOR DOCUMENT FILED UNDER SEAL

EXHIBIT
C-1

PLAINTIFF SHENNACO HOLDINGS, LLC'S ORIGINAL PETITION                                                         Page 1