IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHENNACO HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-00072-O |
| | § | |
| MITCHELL CHAD BARRETT | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S WITNESS LIST

COMES NOW Plaintiff ShennaCo holdings, LLC ("Plaintiff" or "ShennaCo") and submits its Witness List. At this time, Plaintiff identifies the following witnesses for trial:

### I. PROBABLE WITNESSES

| Witness | Subject Matter | Sworn | Testified |
|---|---|---|---|
| **David Alan Meeker**<br>c/o Perkins Coie, LLP<br>Mark L. Johansen<br>Steve Smith<br>500 N. Akard Street<br>Suite 3300<br>Dallas, TX 75201 | Mr. Meeker is the manager of ShennaCo, the plaintiff in the instant case. Mr. Meeker is expected to testify regarding the contract which forms the basis of Plaintiffs' claims in this suit, including the basis for its execution, the circumstances surrounding its execution, the intent of the parties as to certain provisions of the contract, and the parties' performance under the same. Mr. Meeker is also expected to testify concerning damages suffered by ShennaCo as a result of Defendant's conduct.<br><br>Mr. Meeker, as manager of ShennaCo, has been deposed.<br><br>Mr. Meeker's testimony is expected to last 2-3 hours. | | |

| Witness | Subject Matter | | |
|---|---|---|---|
| **Mitchell Chad Barrett**<br>c/o Barnes & Thornburg LLP<br>Robert M. Castle, III<br>Jamie R. Welton<br>Lucas C. Wohlford<br>2121 North Pearl Street<br>Suite 700<br>Dallas, TX 75201 | Mr. Barrett is the defendant in the present case. Mr. Barrett is expected to testify concerning the contract which forms the basis of Plaintiff's claims in this case, including the basis for its formation, the circumstances surrounding its execution, and the parties' performance under the same.<br><br>Mr. Barrett has been deposed.<br><br>Mr. Barrett's testimony is expected to last 1 hour. | | |
| **Robert Durham**<br>1372 E. Northside Drive<br>Jackson, MS 39211 | Mr. Durham is expected to testify concerning the relationship of the parties during the 2014-2016 timeframe, including the facts and circumstances that led to the execution of the contract which forms the basis of Plaintiff's claims in this case.<br><br>Mr. Durham has not been deposed.<br><br>Mr. Durham's testimony is expected to last 1 hour. | | |

## II.   POSSIBLE WITNESSES

| Witness | Subject Matter | Sworn | Testified |
|---|---|---|---|
| **Joe Story, M.D.**<br>714 Peakes Point Drive<br>Gulf Breeze, FL 32561 | Dr. Story is expected to testify concerning the relationship of the parties during the 2014-2016 timeframe, including the facts and circumstances that led to the execution of the contract which forms the basis of Plaintiff's claims in this case.<br><br>Dr. Story has not been deposed.<br><br>Dr. Story's testimony is expected to last 1 hour. | | |

| Witness | Subject Matter | Sworn | Testified |
|---|---|---|---|
| **Husni Charara, M.D.**<br>8851 Boardroom Circle<br>Fort Meyers, FL 33919 | Dr. Charara is expected to testify concerning the relationship of the parties during the 2014-2016 timeframe, including the facts and circumstances that led to the execution of the contract which forms the basis of Plaintiff's claims in this case.<br><br>Dr. Charara has not been deposed.<br><br>Dr. Charara's testimony is expected to last 1 hour. | | |
| **Mark Prewitt**<br>914 Grove Street<br>Vicksburg, MS 39183 | Mr. Prewitt is expected to testify concerning the negotiations and execution of the contract which forms the basis for Plaintiff's claims in this case.<br><br>Mr. Prewitt has not been deposed.<br><br>Mr. Prewitt's testimony is expected to last 1 hour. | | |

### III.   EXPERTS

| Witness | Subject Matter | Sworn | Testified |
|---|---|---|---|
| **Mark L. Johansen**<br>Perkins Coie, LLP<br>500 N. Akard Street<br>Suite 3300<br>Dallas, TX 75201 | In the event the Court requests testimony regarding attorneys' fees at this stage, Mr. Johansen will testify as to the reasonable and necessary attorneys' fees and costs incurred by Plaintiff in this case.<br><br>Mr. Johansen has not been deposed.<br><br>Mr. Johansen's testimony is expected to last 1 hour. | | |

PLAINTIFF SHENNACO HOLDINGS, LLC'S WITNESS LIST                                                                        Page 3
143197910.1

## IV.     RECORD CUSTODIANS

At this time, Plaintiff does not intend to call any record custodians as a witness, except that the witnesses already identified above may be deemed record custodians of certain exhibits to be offered at trial.

Respectfully submitted,

_____
Mark L. Johansen
State Bar No. 10670240
mjohansen@perkinscoie.com
Steve Smith
State Bar No. 24095623
estevesmith@perkinscoie.com
**PERKINS COIE, LLP**
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served via email on all counsel of record on February 8, 2019.

Robert M. Castle, III.
Rob.castle@btlaw.com
State Bar No. 24036338
Jamie R. Welton
jwelton@btlaw.com
State Bar No. 24013732
Lucas C. Wohlford
lwohlford@btlaw.com
State Bar No. 24070871
**BARNES & THORNBURG LLP**
2121 North Pearl Street, Suite 700
Dallas, Texas 75201
Phone: 214-258-4149
Facsimile: 214-258-4199

***ATTORNEYS FOR DEFENDANT
MITCHELL CHAD BARRET***

                                                      */s/ Mark L. Johansen*
Mark L. Johansen
Steve Smith